UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO.   5:17-CV-00190-TBR

<u>electronically filed 9/23/19</u>

JUDY CARTWRIGHT, as Administratrix of
the Estate of Triston Lamark Taylor,                                    PLAINTIFF

VS.                            **MEDIATION REPORT**

CHRISTIAN COUNTY, KENTUCKY,
CHRISTIAN COUNTY FISCAL COURT,
CHRISTIAN COUNTY JAIL,
BRAD BOYD, Individually and in his Official Capacity
as Christian County Jailer,
ADVANCED CORRECTIONAL HEALTHCARE, INC.

LINDSAY HARPER, in her Individual and Official Capacity,
MATTHEW JOHNSTON, in his Individual and Official Capacity and
CHRISTOPHER MARLAR, in his Individual and Official Capacity,          DEFENDANTS

Stephen D. Gray, as Mediator, reports to the Court as follows concerning the mediation of this case:

1.     The mediation was held on Thursday, September 19, 2019, at the office of Bell, Orr, Ayers & Moore, PSC, 1010 College Street, Bowling Green, Kentucky.

2.     All parties, counsel and appropriate representatives with settlement authority attended the mediation.

3.     A settlement of all issues in the case was reached.

4.     The mediator's billing is submitted to the attorneys of record.

Respectfully submitted, September 23, 2019.

 /s/ Stephen D. Gray
Hon. Stephen D. Gray (sgray@dkgnlaw.com)
Dorsey, Gray, Norment & Hopgood
318 Second Street
Henderson, Kentucky  42420
(270) 826-3965

## <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on September 23, 2019, a copy of the foregoing Mediation Report has been filed with the Court electronically; and further, that a true and correct copy was served on the following, by either electronic filing (to those with the Court to receive electronic filings) or by regular mail, postage prepaid, (to those not registered to receive electronic filings):

Hon. Stacey A. Blankenship
Hon. Kristen N. Worak
Keuler, Kelly, Hutchins, Blankenship & Sigler, LLP
100 South 4th St., Suite 400
Paducah, KY 42001
sblankenship@kkhblaw.com
kworak@kkhblaw.com
*Attorneys for Christian County Defendants*

Hon. Timothy L. Edelen
Hon. Timothy E. Bridgeman
Bell, Orr, Ayers & Moore, PSC
1010 College St.
PO Box 738
Bowling Green, KY 42102
edelen@boamlaw.com
bridgeman@boamlaw.com
*Attorneys for Advanced Correctional Healthcare Defendants*

Hon. Sacha L. Armstrong
Robert John & Associates, P.C.
319 N.W. Martin Luther King Jr. Blvd.
Evansville, IN   47708
sacha@rjohnlaw.com
*Attorney for Plaintiff*

       /s/ Stephen D. Gray
      Mediator